## Banks *v.* The State.

### *Abusive or Insulting Language.*

(Decided June 16, 1914.  65 South. 667.)

*Abusive Language; Jury Question; Insult.*—The evidence examined and it is held that the court properly submitted to the jury the question as to whether the language used was insulting within the provisions of section 6217, Code 1907.

APPEAL from Andalusia City Court.

Heard before Hon. ED T. ALBRITTON.

Charley Banks was convicted of using obscene or insulting language in the presence of a female, and he appeals. Affirmed.

Mrs. Russell testified that she was at home, and that the defendant came in, and after inquiry and reply that Mr. Russell was not at home, he came in the room where she was getting dinner, and asked her if she and him could not make it all right, and she asked him what he said, and he repeated it; that she then asked him what he meant, and he replied, "You know what I mean," and I said, "I am not that kind of woman," and he left and never came back again, although he had been boarding at the house three days. The charges requested by the defendant were the affirmative charges as to the several counts in the affidavit.

No counsel marked for appellant.

R. C. BRICKELL, Attorney General, and T. H. SEAY, Assistant Attorney General, for the State.

WALKER, P. J.—It was permissible for the jury to find from the evidence as to the language used by the defendant to Mrs. Russell and the circumstances of its use that it was insulting, within the meaning of section 6217 of the Code.—*Turney v. State,* 168 Ala. 128, 52 South. 910; *Carter v. State,* 107 Ala. 146, 18 South. 232; *Wiley v. State,* 65 South. 204. It follows that the inquiry as to whether what the defendant said had such an import was properly submitted to the jury, and that the charges requested by him were well refused.

Affirmed.